AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

UNITED STATES OF AMERICA,                    **APPEARANCE**

          v.                                      CASE NUMBER: 99-264(SEC)

**JORGE REYES SANTIAGO**


To the Clerk of this court and all parties of record:

          Enter my appearance as counsel in this case for the United States of America. Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney Sonia Torres be terminated.


March 24, 2005                         /s/ Aramis G. Ríos
*Date*                                 *Signature*

                                       ARAMIS G. RIOS, AUSA
                                       *Print Name*

                                       Suite 1201, Torre Chardon,
                                       350 Carlos Chardon Street
                                       Hato Rey, Puerto Rico 00918
                                       *Address*

                                       (787) 766-5656
                                       Phone Number
                                       aramis.rios@usdoj.gov
                                       E-mail Address

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this date March 24, 2005, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

such filing.


 /s/ Aramis G. Ríos
ARAMIS G. RIOS, AUSA
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918
(787) 766-5656
E-mail Address: aramis.rios@usdoj.gov